**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-8219**
_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

         v.

PAUL A. LEE,

                    Defendant – Appellant.

_____

**No. 10-6031**
_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

PAUL A. LEE,

                    Defendant – Appellant.

_____

Appeals from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:94-cr-00096-FPS-JES-1)

_____

Submitted:  June 15, 2010           Decided:  June 30, 2010

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

---

Paul A. Lee, Appellant Pro Se. John Castle Parr, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Paul A. Lee appeals the district court's orders denying his: petition for reconsideration to unseal pre-indictment First Amendment issues; motion to file second supplement; motion to re-file[] defendant's original sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006); motion for Rule 55(a) default judgment; motion for an order granting his § 3582(c)(2) motion; amended motion for Rule 55(a) default judgment; motion to re-file a second motion for reconsideration; and motion to re-file his 28 U.S.C.A. § 2255 (West Supp. 2009) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Lee</u>, No. 5:94-cr-00096-FPS-JES-1 (N.D. W. Va. Dec. 8, 9 & 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3